# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY FILSON, WARDEN,
                    Appellant,
vs.
JESUS E. ESPINOZA,
                    Respondent.

No. 73279

FILED

NOV 29 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant has filed a motion to dismiss this appeal based on this court's recent decision in *Williams v. State, Department of Corrections*, 133 Nev., Adv. Op. 75, 402 P.3d 1260 (2017). Cause appearing, we grant the motion and

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Steve L. Dobrescu, District Judge
       Attorney General/Carson City
       Attorney General/Ely
       Jesus E. Espinoza
       White Pine County Clerk

17-41086